UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| JESSICA VELARDE and<br>JUAN ZAVALA,<br><br>  *Plaintiffs*,<br>v.<br><br>DECKER TRUCK LINE, INC. and<br>JOHN HADLEY SANDERS,<br><br>  *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | EP-22-CV-00298-DCG |

## ORDER DISMISSING CASE WITH PREJUDICE

The parties "have reached an agreement to settle all claims and causes of action between them" in this case. Joint Stipulation, ECF No. 22. They accordingly ask the Court to "enter an Order dismissing all claims and causes of action in the above-styled matter with prejudice." *Id.*

The Court thus **DISMISSES** this case **WITH PREJUDICE**.

The Court **CLOSES** the case.

**So ORDERED and SIGNED this 31st day of July 2023.**

_____
DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE